UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KARL GRAULICH, | : |
| Plaintiff, | : C.A. NO: 16-cv-6025-PKC-JO |
| - against - | : |
| MICROSOFT CORPORATION, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Karl Graulich voluntarily dismisses this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Dated:  New York, New York
        November 14, 2016

**BARRACK, RODOS & BACINE**

By:   /s/ A. Arnold Gershon
      A. Arnold Gershon
      Michael A. Toomey
      11 Times Square
      640 Eighth Avenue, 10th Floor
      New York, NY 10036
      Telephone: (212) 688-0782
      Facsimile: (212) 688-0783

*Attorneys for Plaintiff Karl Graulich*